**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **2607 JEROME N, LLC.,** *et al.*, | **Case No. 13-10034 (REG)** |
| | **(Jointly Administered)** |
| **Debtors.**[1] | |

**ORDER GRANTING (I) CONDITIONAL
APPROVAL OF THE PROPOSED DISCLOSURE STATEMENT TO
ACCOMPANY THE DEBTOR'S PLAN OF LIQUIDATION;
(II) SCHEDULING A COMBINED HEARING UNDER 11 U.S.C. §105(d)(2)(B)(vi)
AND BANKRUPTCY RULE 9006(c) TO APPROVE THE ADEQUACY OF
THE DISCLOSURE STATEMENT AND TO CONFIRM THE CHAPTER 11
PLAN OF LIQUIDATION; (III) PRESCRIBING NOTICE OF SOLICITATION
PROCEDURES;(IV) ESTABLISHING DEADLINES AND PROCEDURES FOR FILING
OBJECTIONS TO THE APPROVAL OF THE DISCLOSURE STATEMENT OR
CONFIRMATION OF THE PLAN AND (V) SHORTENING TIME AND PRESCRIBING
NOTICE OF THE DEBTOR'S MOTION TO ESTABLISH MARCH 8, 2013 AS THE
<u>LAST DAY TO FILE CLAIMS AND APPROVING BAR DATE NOTICE</u>**

---

[1] The Debtors are the following entities: 2607 Jerome N, LLC, 2334 Washington N LLC, 1084 New York N, LLC and Northside Development LLC. The employer tax identification numbers and addresses for each of the Debtors are set forth in the Debtors' chapter 11 petitions.

**UPON** the motion of 1084 New York N, LLC (Case No. 13-10036), one of the joint debtors and debtors in possession (the "Debtor") in the above-reference Chapter 11 case, for entry of an order (i) granting conditional approval of the proposed Disclosure Statement With Respect to the Debtor's Chapter 11 Plan of Liquidation (as the same may be amended, modified and/or supplemented after the date thereof, the "<u>Disclosure Statement</u>"); (ii) scheduling a combined hearing (the "<u>Combined Hearing</u>") under 11 U.S.C. § 105(d)(2)(B)(vi) and Bankruptcy Rule 9006(c) to approve the Debtor's Disclosure Statement and consider confirmation of the Debtor's Chapter 11 Plan of Liquidation (the "Plan"); prescribing notice and solicitation procedures with respect to the Disclosure Statement and the Plan; (iv) establishing deadlines and procedures for filing objections to approval of the Disclosure Statement or confirmation of the Plan; and (v) shorten timing and prescribing notice of a hearing on the Debtor's Motion to fix March 8, 2013 as the last day to file claims (the "Bar Date Motion"); and upon consideration of the Motion and all pleadings related thereto; and the Court finding that (a) this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334(a), (b) this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and (c) notice of the Motion was due and proper under the circumstances; and it appearing that the relief requested in the Motion is in the best interests of the Debtor, its estate and creditors; and after due deliberation and good and sufficient cause appearing therefor, it is hereby:

ORDERED, that the Motion is GRANTED to the extent set forth herein; and it is further

ORDERED, that the <u>Combined Hearing</u> to consider the final adequacy of the Disclosure Statement and confirmation of the Debtor's Property shall be held at the United States Bankruptcy Court for the Southern District of New York, Room **<u>523</u>**, One Bowling Green, New York, New York before the Honorable Robert E. Gerber on the **<u>27th</u> day of February, 2013 at <u>2:00 p.m.</u>**., prevailing Eastern time, or as soon thereafter as the Court's schedule permits, to consider the adequacy of the Disclosure Statement and to confirm the Plan; and it is further

ORDERED, that pursuant to Bankruptcy Rule 3017, objections, if any, to the adequacy of the Disclosure Statement, confirmation of the Plan and approval of the sale of the Property shall be filed with the Bankruptcy Court so as to be received by the Clerk of the Unites States Bankruptcy Court for the Southern District of New York on or before **<u>5:00</u>** p.m., prevailing Eastern time, February **<u>22</u>**, 2013 (the "<u>Objection Deadline</u>"), and served in a manner to be actually received by Debtor's counsel, Heidi J. Sorvino, Hodgson Russ LLP, 1540 Broadway, 24th Floor, New York, New York, 10036 and United States Trustee for the Southern District of New York, 33 Whitehall Street 21st Floor, New York, New York 10004, Attn: Michael Driscoll, Esq.; and it is further

ORDERED, that all supplements to the Plan shall be filed with this Court and served on all creditors and other parties in interest no fewer than three (3) business days prior to the Objection Deadline and such documents shall be available from the Court Clerk's office or from the Debtors' counsel; and it is further

ORDERED, that all objections to the Plan, or the Disclosure Statement shall (a) be in writing, (b) state with particularly the legal and factual basis for such objection, and

in the case of an objection to the adequacy of disclosure, provide the specific text of the additional disclosure that the objecting party believes to be appropriate, (c) comply with the Bankruptcy Rules, the Local Rules of this Court and any other case management rules and orders of this Court, and (d) set forth the name of the objector and the nature and amount of any claim or interest asserted by the objector against the estate or property of the Debtor; and it is further

ORDERED, that unless an objection is timely served and filed in accordance with this Order, it will not be considered by this Court; and it is further

ORDERED, that replies to objections received by the Objection Deadline to the adequacy of the Disclosure Statement or to confirmation of the Plan, if any, shall be filed with this Court so as to be received by the Clerk of the United States Bankruptcy Court for the Southern District of New York, the Objection Notice Parties and the respective objectors on or before ***7:00 a.m.***., prevailing Eastern time on February ***25***, 2013; and it is further

ORDERED, that the time for giving notice of the Combined Hearing are hereby shortened pursuant to Bankruptcy Rules 2002(a) and 9006, such that notice of the Combined Hearing shall be sufficient if a copy of this Order, the Disclosure Statement, the Plan, all exhibits thereto, together with a Notice and ballot in the form annexed hereto as Exhibits "A" and "B", are sent by ~~regular mail~~ ***overnight*** on or before February ***5***, 2013 to the United States Trustee, all creditors scheduled by the Debtors, all person who filed proofs of claim, and all persons who filed requests for the notice with the Clerk of the Court; and it is further

ORDERED, that each Ballot must be properly executed, completed, and delivered so as to be received on or before February **20**, 2013 at **5:00** p.m. (Eastern Time) (the "Voting Deadline") by counsel for the Debtors at the following address: Hodgson Russ LLP, 1540 Broadway, 24th Floor, New York, New York 10036, Attn: Heidi J. Sorvino, Esq.;  and it is further

ORDERED, that the deadline for the Debtor to file a ballot tabulation and certification of acceptance and rejection of the Plan (the "Voting Certification") is February **21**, 2013 at ***12:00 p.m. (noon)***; and it is further

ORDERED, that the notice of the Combined Hearing as provided by this Order constitutes good and sufficient notice and no further notice need be given, and any provision of Bankruptcy Rule 3017(d) requiring the Debtor to distribute the Disclosure Statement and the Plan to creditors, or to other parties-in-interest other than as prescribed in this Order, shall be waived; provided, that an Disclosure Statement and Plan shall be provided to any party-in-interest in this case by the Debtor upon written request to its counsel; and it is further

ORDERED, that the Debtor is authorized to make all necessary amendments and supplements to the Disclosure Statement and the Plan that do not materially affect the treatment, amount or timing of distributions to creditors herein, without further order of the Court, including, without limitation, clarification and updates regarding of any of the dates and deadlines, terms, provisions and conditions of the Plan and any supplement thereto relating to ongoing events as they occur, or changes to correct typographical and grammatical errors and to make other conforming changes, among

the Disclosure Statement, the Plan and any other solicitation materials prior to or subsequent to mailing (and file a blacklined copy of the same with the Court); and it is further

ORDERED, that the Court will hear the Bar Date Motion on at the previously scheduled Sale Hearing on February 6, 2013 and any objection to the Bar Date Motion maybe made orally at the Sale Hearing; and it is further

ORDERED, that the entry of this Order constitutes good and sufficient notice of the Bar Date Motion;

ORDERED, that the Debtor is authorized and empowered to take all actions necessary to implement the relief granted in this Order; and it is further

ORDERED, that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED, that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and enforcement of this Order.

DATED:    New York, New York
         February **5**, 2013

                                    /s/ **Robert E. Gerber**
                                    HONORABLE ROBERT E. GERBER
                                    UNITED STATES BANKRUPTCY JUDGE