# EXHIBIT D

HODGSON RUSS LLP
1540 Broadway, 24th Floor
New York, New York 10036
Telephone: (212) 751-4300
Facsimile: (212) 751-0928
Heidi J. Sorvino
Carmine J. Castellano

*Proposed Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **2607 JEROME N, LLC,** | **Case No. 13-10034 (REG)** |
| **Debtors.** | |

## CERTIFICATE OF SERVICE

Marie Muskopf, by her signature below, hereby certifies that on January 10, 2013, copies of the following:

(1)  Motion for Order Directing Joint Administration of Chapter 11 Cases Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure;

(2)  Proposed Order Scheduling Initial Case Conference;

(3)  Debtors' Motion and Order Pursuant to Sections 105(a), 363(c) and 364(a) of the Bankruptcy Code for Authorization to (I) Continue Using Existing Cash Management System, and (II) Maintain Bank Accounts and Business Forms;

(4)  Proposed Order Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure Directing Joint Administration of Chapter 11 Cases;

(5)  Motion of Debtors and Debtors in Possession, Pursuant to Section 365 of the Bankruptcy Code, Bankruptcy Rule 6006 and Local Bankruptcy Rule 6006-1, for an order Authorizing the Assumption of a Contract for the Sale of Real property as Amended;

(6)    Motion Pursuant to Sections 361 and 363 of the Bankruptcy Code and Fed. R. Bankr. P. 4001, for Entry of Preliminary Order: (I) Authorizing the Debtor to Use Cash Collateral; (II) Determining Adequate Protection Pending Final Hearing; and (III) Scheduling Final Hearing;

(7)    Application and Order Shortening Time, Prescribing Notice and Scheduling an Expedited Hearing, Pursuant to 11 U.S.C. Section 105(a) Rules 9006 and 9007 of the Federal Rules of Bankruptcy Procedure;

(8)    Declaration of Aaron Wexler Pursuant to Local Bankruptcy Rule 1007-2

(collectively, the "First Day Motions") were served (1) by filing the First Day Motions using the Court's CM/ECF system which immediately notifies all registered users via electronic transmission at the respective email addresses designated for such service; and (2) via Federal Express, standard overnight delivery or alternately U.S. Mail express delivery, upon all parties listed on the attached Schedule A.


Dated: January 11, 2013

_Marie Muskopf_
Marie Muskopf


Sworn to before me this
11th day of January, 2013

_Renee L. Espinosa_
Notary Public, State of New York

RENEE L. ESPINOSA
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ERIE COUNTY
MY COMMISSION EXPIRES JUNE 6, 2015

# SCHEDULE A

| | | |
|---|---|---|
| Aaron Wexler<br>c/o 445 Central Avenue<br>Suite #112<br>Cedarhurst, NY 11516 | Advantage Wholesale Supply<br>172 Empire Boulevard<br>Brooklyn, NY 11225 | Approved Oil<br>6741 5th Avenue #A Brooklyn, NY<br>11220 |
| Camella Cruz<br>2607 Jerome Avenue<br>Apt. 42<br>Bronx, NY 10468 | Castle Oil<br>290 Locust Avenue<br>Bronx, NY 10454 | Con Edison<br>30 Flatbush Avenue<br>Brooklyn, NY 11217 |
| County Oil<br>c/o Marcus Ollman and<br>Kommer<br>145 Huguenot Street, Suite 402<br>New Rochelle, NY 10801 | Global Pest Control<br>3 College Road<br>Monsey, NY 10952 | Green & Cohen P.C.<br>319 E. 91st Street #Bs<br>Professional Suite<br>New York, NY 10128 |
| Herzfeld & Rubin, P.C.<br>125 Broad Street<br>New York, NY 10004 | FTBK Investor II LLC<br>c/o Kriss & Feuerstein LLP<br>Attn: Jerold c. Feuerstein<br>360 Lexington Avenue<br>New York, NY 1001 | Rick Kaminer<br>c/o 445 Central Avenue<br>Suite #112<br>Cedarhurst, NY 11516 |
| Rosewood Servicing LLC<br>20 Robert Pitt Drive #204<br>Monsey, NY 10952 | Seventh Ave Management II LLC<br>445 Central Avenue<br>Suite #112<br>Cedarhurst, NY 11516 | Teletracer Inc.<br>445 Central Avenue<br>Suite #112<br>Cedarhurst, NY 11516 |
| Tower Management Group<br>LLC<br>c/o 445 Central Avenue<br>Suite #112<br>Cedarhurst, NY 11516 | National Grid<br>1 MetroTech Center<br>Jay Street<br>Brooklyn, NY 11201 | Starplast Inc.<br>8 Waverly Avenue<br>Brooklyn, NY 11205 |
| Corona Refrigeration<br>958 Rogers Avenue<br>Brooklyn, NY 11226 | D & A Equities LLC<br>30 Suzanne Drive<br>Monsey, NY 10952 | Lawrence Berger PC<br>200 Madison Avenue<br>Suite 1902<br>New York, NY 10016 |
| Mill Building Condo Assoc.<br>85 N. 3rd Street<br>Brooklyn, NY 11249 | Dongbu Insurance<br>PO Box 5171<br>New York, NY 10087<br>**VIA EXPRESS MAIL** | Office of the United States Trustee<br>Attn: Michael Driscoll<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004<br>**VIA Fedex and Email** |
| Office of the United States Trustee<br>271 Cadman Plaza East, Suite 4529<br>Brooklyn, NY 11201 | | |

HODGSON RUSS LLP
1540 Broadway, 24th Floor
New York, New York 10036
Telephone: (212) 751-4300
Facsimile: (212) 751-0928
Heidi J. Sorvino
Carmine J. Castellano

*Proposed Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **2607 JEROME N, LLC,** | **Case No. 13-10034 (REG)** |
| **Debtors.** | |

### CERTIFICATE OF SERVICE

Lara Mishler, by her signature below, hereby certifies that on January 28, 2013, copies of the *Interim Order Pursuant to Sections 361 and 363 of the Bankruptcy Code and Fed. R. Bankr. P. 4001: (I) Authorizing the Debtor to Use Cash Collateral; (II) Determining Adequate Protection Pending Final Hearing; and (III) Scheduling Final Hearing* were served (1) by filing using the Court's CM/ECF system which immediately notifies all registered users via electronic transmission at the respective email addresses designated for such service; and (2) via regular U.S. Mail upon all parties listed on the attached Schedule A.

Dated: January 28, 2013

_____
Lara Mishler

Sworn to before me this
28th day of January, 2013

_____
Notary Public, State of New York

RENEE L. ESPINOSA
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ERIE COUNTY
MY COMMISSION EXPIRES JUNE 3, 20___

## SCHEDULE A

1084 New York N, LLC

445 Central Avenue, Suite #112
Cedarhurst, NY 11516-2002


2607 Jerome N, LLC
445 Central Avenue
Cedarhurst, NY 11516-2001


D&A Equities LLC
30 Suzanne Drive
Monsey, NY 10952-2720


FTBK Investor II LLC as Trustee for
NY Brook c/o Kriss & Feuerstein LLP
360 Lexington Avenue, Suite 1200
New York, NY 10017-6502


Green and Cohen PC
319 East 91st Street
New York, NY 10128-5348


Advantage Wholesale Supply
172 Empire Boulevard
Brooklyn, NY 11225-3401


Aaron Wexler
c/o 445 Central Avenue
Suite #112
Cedarhurst, NY 11516


Manhattan Division
One Bowling Green
New York, NY 10004-1415


Approved Oil
6741 5th Avenue #A
Brooklyn, NY 11220-5400


Rosewood Servicing LLC
20 Robert Pitt Drive #204
Monsey, NY 10952-3340


Camella Cruz
2607 Jerome Avenue
Apt. 42
Bronx, NY 10468-4317


Castle Oil
290 Locust Avenue
Bronx, NY 10454-2091


D&A Equities LLC
c/o ROBINSON BROG LEINWAND et al.
Attn: A. Mitchell Greene, Esq.
875 Third Avenue, 9th Floor
New York, New York 10022-0123


County Oil
c/o Marcus Ollman and Kommer
New Rochelle, NY 10801


Con Edison
30 Flatbush Avenue
Brooklyn, NY 11217-1197


D&A Equities LLC
Attn: A. Mitchell Greene, Esq
c/o Robinson Brog Leinwand, etc.
875 Third Avenue, 9th Floor
New York, New York 10022-0123


Dongbu Insurance
P.O. Box 5171
New York, NY 10087-5171


FTBK Investor II LLC as Trustee
Attn: Jerold C. Feuerstein, Esq.
c/o Kriss & Feuerstein LLP
360 Lexington Avenue, Suite 1200
New York, NY 10017-6502


Green & Cohen P.C.
319 E. 91st Street #Bs
Professional Suite
New York, NY 10128-5348


Seventh Ave Management II LLC
445 Central Avenue
Suite #112
Cedarhurst, NY 11516-2002


Global Pest Control
3 College Road
Monsey, NY 10952-2879


FTBK Investor II LLC as Trustee
for NY Brooklyn Investor II Trust 15
c/o Kriss & Feuerstein LLP
360 Lexington Avenue, Suite 1200
New York, NY 10017-6502


Green and Cohen, PC
319 East 91st Street
New York, New York 10128-5348


Green and Cohen, PC
c/o The Morrison Law Offices, PC
87 Walker Street, 2nd Floor
New York, New York 10013-3530
Attn: Lawrence Morrison, Esq.


Herzfeld & Rubin, P.C.
125 Broad Street
New York, NY 10004-2423


New York City Water Board
Department Of Environmental Protection
59-17 Junction Blvd., Bankruptcy Unit 13
Flushing, Ny 11373-5188


Mr. Aaron Wexler
c/o Cadwalader, Wickersham & Taft LLP
Attn: Israel Dahan, Esq
One World Financial Center
New York, New York 10281


Mr. Aaron Wexler
c/o Cadwalader, Wickersham & Taft LLP
700 Sixth Street, N.W.
Washington, D.C 20001-3980
Attn: Peter Friedman, Esq.


Rick Kaminer
c/o 445 Central Avenue
Suite #112
Cedarhurst, NY 11516


Seventh Avenue Management LLC
445 Central Avenue
Suite #112
Cedarhurst, NY 11516-2002

## SCHEDULE A

Teletracer Inc.
445 Central Avenue
Suite #112
Cedarhurst, NY 11516-2002

Tower Management Group LLC
c/o 445 Central Avenue
Suite #112
Cedarhurst, NY 11516

Heidi J. Sorvino
Hodgson Russ LLP
1540 Broadway
24th Floor
New York, NY 10036-4087

Carmine J. Castellano
Hodgson Russ LLP
60 East 42 Street
37th Floor
New York, NY 10165-3700

United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004-2122

United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Kriss & Feuerstein LLP
Jerold C. Feuerstein, Esq.
360 Lexington Avenue, Suite 1200
New York, NY 10017

The Morrison Law Offices, PC
87 Walker Street, 2nd Floor
New York, New York 10013

ROBINSON BROG LEINWAND
GREENE GENOVESE & GLUCK
P.C.
875 Third Avenue, 9th Floor
New York, New York 10022

Peter Friedman, Esq.
Cadwalader, Wickersham & Taft LLP
700 Sixth Street, N.W.
Washington, D.C. 20001

Israel Dahan, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281

Hon. Robert E. Gerber
United State Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

HODGSON RUSS LLP
1540 Broadway, 24th Floor
New York, New York 10036
Telephone: (212) 751-4300
Facsimile: (212) 751-0928
Heidi J. Sorvino
Carmine J. Castellano

*Proposed Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **2607 JEROME N, LLC., et al.,** | Case No. 13-10034 (REG) |
| Debtors.[1] | (Jointly Administered) |

### CERTIFICATE OF SERVICE

Renee Leek, by her signature below, hereby certifies that on February 14, 2013, copies of the Scheduling Order related to Authorization for Debtor to Enter Into Premium Financing Agreement with IPFS Corporation were served (1) using the Court's CM/ECF system which immediately notifies all registered users via electronic transmission at the respective email addresses designated for such service; and (2) via U.S. Postal Service, first-class mail delivery, upon all parties listed on the attached service list.

Dated: February 15, 2013

_____
Renee Leek

Sworn to before me this
15th day of February, 2013

_____
Notary Public, State of New York

RENEE L. ESPINOSA
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ERIE COUNTY
MY COMMISSION EXPIRES JUNE 6, 20__ /15

_____

[1] The Debtors are the following entities: 2607 Jerome N, LLC, 2334 Washington N LLC, 1084 New York N, LLC and Northside Development LLC. The employer tax identification numbers and addresses for each of the Debtors are set forth in the Debtors' chapter 11 petitions.

1084 New York N, LLC
445 Central Avenue, Suite #112
Cedarhurst, NY 11516-2002

2607 Jerome N, LLC
445 Central Avenue
Cedarhurst, NY 11516-2001

D&A Equities LLC
30 Suzanne Drive
Monsey, NY 10952-2720

FTBK-Investor II LLC as Trustee for
NY Brook c/o Kriss & Feuerstein LLP
360 Lexington Avenue, Suite 1200
New York, NY 10017-6502

Peter Friedman, Esq.
Cadwalader, Wickersham & Taft LLP
700 Sixth Street, N.W.
Washington, D.C. 20001

Advantage Wholesale Supply
172 Empire Boulevard
Brooklyn, NY 11225-3401

Aaron Wexler
c/o 445 Central Avenue
Suite #112
Cedarhurst, NY 11516

Robinson, Brog et al
875 Third Avenue, 9th Floor
New York, New York 10022

Approved Oil
6741 5th Avenue #A
Brooklyn, NY 11220-5400

Rosewood Servicing LLC
20 Robert Pitt Drive #204
Monsey, NY 10952-3340

Camella Cruz
2607 Jerome Avenue
Apt. 42
Bronx, NY 10468-4317

Castle Oil
290 Locust Avenue
Bronx, NY 10454-2091

D&A Equities LLC
c/o Robinson, Brog, et al.
Attn: A. Mitchell Greene, Esq.
875 Third Avenue, 9th Floor
New York, New York 10022-0123

County Oil
c/o Marcus Ollman and Kommer
145 Huguenot Street, Suite 402
New Rochelle, NY 10801

Con Edison
30 Flatbush Avenue
Brooklyn, NY 11217-1197

D&A Equities LLC
Attn: A. Mitchell Greene, Esq
c/o Robinson Brog Leinwand, etc.
875 Third Avenue, 9th Floor
New York, New York 10022-0123

Dongbu Insurance
P.O. Box 5171
New York, NY 10087-5171

FTBK Investor II LLC as Trustee
Attn: Jerold C. Feuerstein, Esq.
c/o Kriss & Feuerstein LLP
360 Lexington Avenue, Suite 1200
New York, NY 10017-6502

The Morrison Law Offices, PC
87 Walker Street, 2nd Floor
New York, New York 10013

Seventh Ave Management II LLC
445 Central Avenue
Suite #112
Cedarhurst, NY 11516-2002

Global Pest Control
3 College Road
Monsey, NY 10952-2879

FTBK Investor II LLC as Trustee
for NY Brooklyn Investor II Trust 15
c/o Kriss & Feuerstein LLP
360 Lexington Avenue, Suite 1200
New York, NY 10017-6502

Jason Green, Esq.
Green and Cohen, PC
319 East 91st Street
New York, New York 10128-5348

Green and Cohen, PC
c/o The Morrison Law Offices, PC
87 Walker Street, 2nd Floor
New York, New York 10013-3530
Attn: Lawrence Morrison, Esq.

Herzfeld & Rubin, P.C.
125 Broad Street
New York, NY 10004-2423

New York City Water Board
Department Of Environmental Protection
59-17 Junction Blvd., Bankruptcy Unit 13
Flushing,, NY 11373-5188

Mr. Aaron Wexler
c/o Cadwalader, Wickersham & Taft LLP
Attn: Israel Dahan, Esq
One World Financial Center
New York, New York 10281

Mr. Aaron Wexler
c/o Cadwalader, Wickersham & Taft LLP
700 Sixth Street, N.W.
Washington, D.C 20001-3980
Attn: Peter Friedman, Esq.

Rick Kaminer
c/o 445 Central Avenue
Suite #112
Cedarhurst, NY 11516

Kriss & Feuerstein LLP
Jerold C. Feuerstein, Esq.
360 Lexington Avenue, Suite 1200
New York, NY 10017

Teletracer Inc.
445 Central Avenue
Suite #112
Cedarhurst, NY 11516-2002

Tower Management Group LLC
c/o 445 Central Avenue
Suite #112
Cedarhurst, NY 11516

Heidi J. Sorvino
Hodgson Russ LLP
1540 Broadway
24th Floor
New York, NY 10036-4087

Hon. Robert E. Gerber
United State Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004-2122

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-736

IPFS
101 Hudson Street, 33rd Floor
Jersey City, NJ 07302

# EXHIBIT E

B6D (Official Form 6D) (12/07)

In re    **1084 New York N, LLC**                                            Case No.    13-10036
                          Debtor

## AMENDED   SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **Account No.** | | | Mortgage | | | | | |
| FTBK Investor II LLC #9 c/o Kriss & Feuerstein 360 Lexington Avenue New York, NY 10017 | – | | 1084 New York Avenue, Brooklyn, NY | | X | X | | |
| | | | Value $              6,060,000.00 | | | | 3,421,869.19 | 0.00 |
| **Account No.** | | | taxes, fees, etc | | | | | |
| NYC Dept of Finance Correspondence Unit One Center St - 22nd FL New York, NY 10007 | | | | | | | | |
| | | | Value $              6,060,000.00 | | | | 122,050.03 | 0.00 |
| **Account No.** | | | Water Charges | | | | | |
| NYC Water Board c/o Dept. of Env. Protect. 59-17 Junction Blvd-8th FL Elmhurst, NY 11373 | | | | | | | | |
| | | | Value $              6,060,000.00 | | | | 57,119.22 | 0.00 |
| **Account No.** | | | | | | | | |
| | | | Value $ | | | | | |

| | | |
|---|---|---|
| _0_   continuation sheets attached | Subtotal (Total of this page) | 3,601,038.44 | 0.00 |
| | Total (Report on Summary of Schedules) | 3,601,038.44 | 0.00 |

B6F (Official Form 6F) (12/07)

In re    1084 New York N, LLC                                    Case No.    13-10036
                                          Debtor

AMENDED

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Aaron Wexler <br> c/o 445 Central Avenue <br> Suite #112 <br> Cedarhurst, NY 11516 | - | | | | | | | Unknown |
| Account No. <br><br> Advantage Wholesale Supply <br> 172 Empire Boulevard <br> Brooklyn, NY 11225 | - | | | Trade Debt | X | X | X | 4,161.00 |
| Account No. <br><br> Con Edison <br> 30 Flatbush Avenue <br> Brooklyn, NY 11217 | - | | | Trade Debt | X | X | X | 5,040.00 |
| Account No. <br><br> Corona Refrigeration <br> 958 Rogers Avenue <br> Brooklyn, NY 11226 | - | | | Trade Debt | X | X | X | 550.00 |
| 3    continuation sheets attached | | | | | Subtotal <br> (Total of this page) | | | 9,751.00 |

B6D (Official Form 6D) (12/07)

In re    2334 Washington N LLC                                              Case No.    13-10035
                                                              Debtor

AMENDED        **SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS**

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 1st Mortgage | | | | | |
| FTBK Investor II LLC #14 c/o Kriss & Feuerstein 360 Lexington Avenue New York, NY 10017 | | | 2334 Washington N, LLC 2334 Washington Avenue Bronx, NY 10458 | | X | X | | |
| | | | Value $            1,980,000.00 | | | | 1,688,937.82 | Unknown |
| Account No. | | | Second Mortgage | | | | | |
| FTBK Investor II LLC #15 c/o Kriss & Feuerstein 360 Lexington Avenue New York, NY 10017 | | | 2334 Washington Avenue Bronx, NY 10458 | | X | X | | |
| | | | Value $            1,980,000.00 | | | | 1,307,151.10 | Unknown |
| Account No. | | | Real Estate Taxes, fees, etc | | | | | |
| NYC Dept. of Finance Correspondence Unit One Center St - 22nd FL New York, NY 10007 | | | | | | | | |
| | | | Value $                Unknown | | | | 77,341.14 | 0.00 |
| Account No. | | | Water Charges | | | | | |
| NYC Water Board c/o Dept. of Env. Protect. 59-17 Junction Blvd-8th FL Elmhurst, NY 11373 | | | | | | | | |
| | | | Value $                Unknown | | | | 33,868.87 | 0.00 |

|  | | |
|---|---|---|
| __0__   continuation sheets attached | Subtotal (Total of this page) | 3,107,298.93 | 0.00 |
| | Total (Report on Summary of Schedules) | 3,107,298.93 | 0.00 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **2334 Washington N LLC**                                      Case No.    13-10035
                                    Debtor

AMENDED

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐     Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. | | - | | | | | | |
| Aaron Wexler c/o 445 Central Avenue Suite #112 Cedarhurst, NY 11516 | | | | | | | | Unknown |
| Account No. | | - | | Trade Debt | | | | |
| Advantage Wholesale Supply 172 Empire Boulevard Brooklyn, NY 11225 | | | | | X | X | X | 1,899.00 |
| Account No. | | - | | Trade Debt | | | | |
| Approved Oil 6741 5th Avenue #A Brooklyn, NY 11220 | | | | | X | X | X | 14,356.00 |
| Account No. | | - | | Trade debt | | | | |
| Castle Oil 290 Locust Avenue Bronx, NY 10454 | | | | | X | X | X | 5,000.00 |
| _3_   continuation sheets attached | | | | Subtotal (Total of this page) | | | | 21,255.00 |

B6D (Official Form 6D) (12/07)

In re    2607 Jerome N, LLC
_____
Debtor

Case No. ___13-10034___

AMENDED    **SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS**

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | 2nd Mortgage | | | | | |
| FTBK Investor Trust II LLC #14 c/o Kriss & Feuerstein 360 Lexington Avenue New York, NY 10017 | - | | 2607 Jerome Avenue Bronx, NY 10468 | X | X | | | |
| | | | Value $          1,560,000.00 | | | | 1,307,151.10 | Unknown |
| Account No. | | | 1st Mortgage | | | | | |
| FTBK Investor Trust II LLC #15 c/o Kriss & Feuerstein 360 Lexington Avenue New York, NY 10017 | - | | 2607 Jerome Avenue Bronx, NY 10468 | X | X | | | |
| | | | Value $          1,560,000.00 | | | | 1,307,151.10 | Unknown |
| Account No. | | | taxes & fees on property | | | | | |
| NYC Dept of Finance Correspondence Unit One Center Street - 22nd FL New York, NY 10007 | - | | 2607 Jerome Avenue Bronx, NY 10468 | | | | | |
| | | | Value $          1,560,000.00 | | | | 101,697.69 | 0.00 |
| Account No. | | | water charges on property | | | | | |
| NYC Water Board c/o Dept. of Envir. Protect. 59-17 Junction Blvd - 8th FL Elmhurst, NY 11373 | - | | 2607 Jerome Avenue Bronx, NY 10468 | | | | | |
| | | | Value $          1,560,000.00 | | | | 23,953.21 | 0.00 |

___0___   continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | 2,739,953.10 | 0.00 |
| Total (Report on Summary of Schedules) | 2,739,953.10 | 0.00 |

B6F (Official Form 6F) (12/07)

| In re | 2607 Jerome N, LLC | | Case No. | 13-10034 |
|---|---|---|---|---|
| | | Debtor | | |

AMENDED

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| Aaron Wexler c/o 445 Central Avenue Suite #112 Cedarhurst, NY 11516 | | - | | | | | | Unknown |
| Account No. | | | | Trade Debt | | | | |
| Advantage Wholesale Supply 172 Empire Boulevard Brooklyn, NY 11225 | | - | | | X | X | X | 10,430.00 |
| Account No. | | | | Trade Debt | | | | |
| Approved Oil 6741 5th Avenue #A Brooklyn, NY 11220 | | - | | | X | X | X | 18,034.00 |
| Account No. | | | | Rental fees | | | | |
| Camella Cruz 2607 Jerome Avenue Apt. 42 Bronx, NY 10468 | | - | | | X | X | X | 30,443.49 |

|   3   continuation sheets attached | Subtotal (Total of this page) | 58,907.49 |
|---|---|---|